UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                        Criminal No. 09-cr-169-01-JL

<u>Donald Desmarais</u>


<u>ORDER</u>

    Re: Document No. 28, Motion to Continue Sentencing

    Ruling: Granted in part. The court does not wish to make too much of this, but the previously scheduled personal commitment seems at odds with the court's Nov. 17 order, as the date was suggested in the opening paragraph of the last motion to continue (document #26). Regardless, the clerk will schedule the sentencing on the earliest available date for the Asst. U.S. Attorney assigned to the case and defense counsel, either before or after December 16. Counsel will jointly advise the court as to that date at their early convenience. Counsel are reminded that there have been 10 continuances to date.


Date:  December 13, 2011            /s/ Joseph N. Laplante

                                           US District Judge

cc:  Arnold Huftalen, Esq.
     Michael Iacopino, Esq.
     Philip Tracy Jr., Esq.
     U. S. Marshal
     U. S. Probation